IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

CRIMINAL CASE NO. 12-PO-00002-GPG

UNITED STATES OF AMERICA,
PLAINTIFF,

VS.

TERRILL PARKER,
DEFENDANT(1),

## ORDER

Should the Government wish to proceed with a sentence violation in this matter, written notice of such including specific allegations of the violations are to be filed within 10 days from this order.

BY THE COURT

_____  3/11/2015

GORDON P. GALLAGHER
Magistrate Judge